RECEIVED
IN MONROE, LA
JUN 0 6 2008
Ac
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 04-30002-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STANLEY E. SHARP | MAG. JUDGE KAREN L. HAYES |

### AMENDED JUDGMENT

For the reasons stated in this Court's June 6, 2008 Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on May 16, 2005, sentencing Defendant Stanley E. Sharp ("Sharp") to 52 months imprisonment on Count 2 of the Indictment in this case, Count 1 of the Bill of Information in Case No. 05-30002-01, and Count 1 of the Bill of Information in Case No. 05-30001-01, to run concurrently, and to 84 months imprisonment on Count 3 in this case, to run consecutively with Count 2, is AMENDED. The Court hereby reduces Sharp's sentence from 52 months imprisonment to 38 months imprisonment on Count 2 of the Indictment in this case, Count 1 of the Bill of Information in Case No. 05-30002-01, and Count 1 of the Bill of Information in Case No. 05-30001-01, to run concurrently. The Court further reduces Sharp's sentence from 84 months imprisonment to 62 on Count 3 in this case, to run consecutively with Count 2. It is the intent of the Court that Sharp serve a total of 100 months imprisonment.

MONROE, LOUISIANA, this 6 day of June, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE